DONALD L. MORROW (SB#66922)
ABIGAIL W. LLOYD (SB#243971)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

STEVEN E. GARLOCK, ESQ., *pro hac vice*
ALAN H. NORMAN, ESQ., *pro hac vice*
DAVID B. JINKINS, ESQ., *pro hac vice*
MATTHEW A. BRAUNEL, ESQ., *pro hac vice*
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000
Email: djinkins@thompsoncoburn.com

*Attorneys for Defendants*

Marc E. Hankin, Esq. (SBN: 170505)
Email: Marc@HankinPatentLaw.com
HANKIN PATENT LAW, A PC
6404 Wilshire Boulevard, Suite 1020
Los Angeles, CA 90048-5512
Telephone: (323) 944-0206
Facsimile: (323) 944-0209

*Attorney for Plaintiff Kim Laube & Company, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MUNCHKIN, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PORTERVISION, INC. *f/k/a FURminator, Inc.*, FURMINATOR, INC., et al.,<br><br>Defendants. | Case No. CV 09-4393-RSWL (SSx)<br><br>REPORT ADVISING OF THE STATUS OF THE MISSOURI CASE |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF REPORT,

PLEASE TAKE NOTICE:

# JOINT REPORT ADVISING OF THE
# STATUS OF THE MISSOURI CASE

Pursuant to this Court's October 1, 2009 Order [D/E 94], FURminator, Inc. ("FURminator") and Kim Laube & Co., Inc. ("Laube") hereby submit a report advising this Court of the status of the Missouri case *FURminator, Inc. v. Munchkin, Inc. & Kim Laube & Co., Inc.*, 4:08-cv-367-ERW (E.D. Mo.).

1. As previously reported on December 15, 2010, the Missouri court granted FURminator's motion for summary judgments, finding that U.S. Patent No. 7,334,540 (the '540 Patent) was valid, enforceable, and infringed and finding in favor of FURminator on all counts of Laube's complaint.

2. On February 25, 2011, a jury found that Laube willfully infringed the '540 Patent. The jury also found that FURminator is entitled to damages of $426,270 . ECF No. 458.

3. On March 18, 2011, FURminator filed several post-trial briefs, including a Motion for Attorney Fees, a Motion to Enhance Damages and a Motion for a Permanent Injunction. The Missouri court granted FURminator's motion for permanent injunction and granted FURminator's request for enhanced damages, doubling the damage award to $806,270. ECF No. 473. The Missouri court also awarded FURminator prejudgment interest and postjudgment interest. *Id*. The Missouri court also assessed costs against Laube. ECF No. 477. These decisions are on appeal to the Federal Circuit by virtue of a notice of appeal filed by Laube on April 28, 2011.

4. On May 23, 2011, the Missouri court found the case to be exceptional and awarded FURminator attorney's fees in the amount of $2,662,610.50. ECF No. 481. That order is on appeal to the Federal Circuit by virtue of a notice of appeal filed by Laube on June 6, 2010.

5. There are no pending motions before the Missouri court.

Dated: June 9, 2011

DONALD L. MORROW
ABIGAIL W. LLOYD
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/_____

DONALD L. MORROW

HANKIN PATENT LAW, APC.

By: _____/s/_____

MARC E. HANKIN

Joint Report Advising of the
Status of the Missouri Case